UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| | : | |
| v. | : | Criminal No. 09-332 (DRD) |
| | : | |
| JOANNY ALEXANDER CABRERA, | : | |
| a/k/a "Mascota" | : | ORDER |

This matter having come before the Court on the application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Lee Vartan, Assistant United States Attorney), for an order amending the Information, plea agreement, waiver of indictment form, and all other documents associated with the above-captioned action to reflect the true name of the defendant, "Joanny Alexander Cabrera," rather than his alias, "Giovani Cabrera," and defendant Joanny Alexander Cabrera, a/k/a "Mascota," a/k/a "Giovani Cabrera" (by Patrick McMahon, Esq.) consenting to the proposed order:

IT IS ORDERED that defendant Joanny Alexander Cabrera's name should be amended to read "Joanny Alexander Cabrera," rather than "Giovani Cabrera," throughout the Information, Crim. No. 09-332 (DRD), the plea agreement, waiver of indictment form and all other documents associated with this action; and

IT IS FURTHER ORDERED that the United States shall file a Superseding Information bearing the defendant's true name and the parties shall re-execute and file with the Court an amended plea agreement and waiver of indictment form reflecting the defendant's true name.

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

7/22/09